## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § § | |
| Plaintiff, | § § | Case No: 1:20-cv-00259-RGA |
| vs. | § § | PATENT CASE |
| FCA US, LLC | § § | |
| Defendant. | § § § | |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff Display Technologies, LLC and Defendant FCA US, LLC, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

5. This Stipulation and Order shall finally resolve the Action between the parties.

Dated: June 15, 2020                                              Respectfully Submitted,

CHONG LAW FIRM, P.A.                                   POTTER ANDERSON & CORROON, LLP

*/s/Jimmy Chong*_____                          */s/Phillip A. Rovner*_____
**JIMMY CHONG, ESQ.**                                     **Philip A. Rovner**
**CHONG LAW FIRM**                                         **Potter Anderson & Corroon, LLP**
2961 Centerville Rd.                                          1313 N. Market St., Hercules Plaza, 6th Flr.
Ste 350                                                              P.O. Box 951
Wilmington, DE 19808                                       Wilmington, DE 19899-0951
(302)999-9480                                                    (302) 984-6000
chong@chonglawfirm.com                                Email: provner@potteranderson.com

*Counsel for Plaintiff*                                          *Counsel for Defendant*

**SO ORDERED:**

This _____ day of _____, 2020.

                                              HON. RICHARD G. ANDREWS
                                              UNITED STATES DISTRICT JUDGE