IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § § | |
| Plaintiff, | § § | Case No: 1:20-cv-00259-RGA |
| vs. | § § | PATENT CASE |
| FCA US, LLC | § § | |
| Defendant. | § § § | |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff Display Technologies, LLC and Defendant FCA US, LLC, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

5. This Stipulation and Order shall finally resolve the Action between the parties.

Dated: June 15, 2020                                    Respectfully Submitted,

CHONG LAW FIRM, P.A.                                    POTTER ANDERSON & CORROON, LLP

*/s/Jimmy Chong*_____                      */s/Phillip A. Rovner*____
**JIMMY CHONG, ESQ.**                                  **Philip A. Rovner**
**CHONG LAW FIRM**                                     **Potter Anderson & Corroon, LLP**
2961 Centerville Rd.                                    1313 N. Market St., Hercules Plaza, 6th Flr.
Ste 350                                                 P.O. Box 951
Wilmington, DE 19808                                    Wilmington, DE 19899-0951
(302)999-9480                                           (302) 984-6000
chong@chonglawfirm.com                                  Email: provner@potteranderson.com

*Counsel for Plaintiff*                                 *Counsel for Defendant*

– 2 –

**SO ORDERED:**

This __16__ day of __June__, 2020.

                                                    /s/ Richard G. Andrews
                                                 HON. RICHARD G. ANDREWS
                                                 UNITED STATES DISTRICT JUDGE